**Exhibit A to the Complaint**

**Location:** Staten Island, NY  
**Total Works Infringed:** 38

**IP Address:** 151.202.180.12  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash:<br>11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 01-06-2022<br>08:17:45 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 2 | Info Hash:<br>775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash:<br>393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 01-06-2022<br>08:03:55 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 3 | Info Hash:<br>749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash:<br>C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-06-2022<br>08:02:51 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 4 | Info Hash:<br>454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash:<br>5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 07-19-2021<br>03:21:59 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 5 | Info Hash:<br>75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash:<br>6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 07-11-2021<br>02:18:44 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 6 | Info Hash:<br>727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash:<br>9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 07-11-2021<br>02:15:07 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 7 | Info Hash:<br>0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash:<br>8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 06-17-2021<br>02:49:27 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 8 | Info Hash:<br>D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C<br>File Hash:<br>074113364816997E88B688D8DA144948ED87842FDBC76F3859990914B4B667AB | 12-29-2020<br>00:50:26 | Vixen | 04-04-2018 | 04-17-2018 | PA0002116740 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>D75C4212C94EACD789D6AA48F9EDD3AEE3170037<br>File Hash:<br>7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 11-11-2020 04:44:45 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 10 | Info Hash:<br>E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash:<br>CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 10-20-2020 07:01:03 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 11 | Info Hash:<br>E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash:<br>C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 07-05-2020 05:50:42 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 12 | Info Hash:<br>DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash:<br>60CE07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04-12-2020 08:07:36 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 13 | Info Hash:<br>C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash:<br>031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 04-01-2020 10:38:19 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 14 | Info Hash:<br>3748105F4AFE9AA5B660CA0D1E407FBA1F59990B<br>File Hash:<br>FF111E44EB7F95B770FCFC7F80DD133AAB942BDC0506CF0E8F4F540E867CA0E8 | 02-12-2020 08:16:14 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 15 | Info Hash:<br>ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash:<br>2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 01-26-2020 03:05:33 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 16 | Info Hash:<br>76D21AD8087AA69EB7BF4DF16ED603A1411A7EC4<br>File Hash:<br>881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 01-26-2020 03:04:09 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 17 | Info Hash:<br>AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash:<br>33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 01-26-2020 03:01:28 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash:<br>0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 01-13-2020<br>02:05:15 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 19 | Info Hash:<br>2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash:<br>B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 01-13-2020<br>01:44:42 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 20 | Info Hash:<br>11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687<br>File Hash:<br>20320E71F1E88717DC5A527E6DE791D768240E8F7DA18AB5DEC377DFBBABDC1B | 01-07-2020<br>07:11:14 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 21 | Info Hash:<br>24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC<br>File Hash:<br>9F6EFDCD4FBFD45C2542295349DCCEA4B058323C05F1D297B773654EC5A01CD1 | 01-07-2020<br>07:03:21 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 22 | Info Hash:<br>EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash:<br>2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 01-07-2020<br>07:01:22 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 23 | Info Hash:<br>728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash:<br>AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 01-06-2020<br>06:19:45 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 24 | Info Hash:<br>1809D57D2D5C8A110DB432826F6EF13CB753892E<br>File Hash:<br>DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 12-30-2019<br>06:50:06 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 25 | Info Hash:<br>A96CB64E937D16635099A291DF66872988DB3CE2<br>File Hash:<br>3BB01A1A6A59951571A72103BFFA914318BAC4864A958428D15F5B935FB52768 | 12-19-2019<br>03:07:28 | Vixen | 12-15-2019 | 01-03-2020 | PA0002233430 |
| 26 | Info Hash:<br>89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78<br>File Hash:<br>8B9344D2CF0B407F44FBCED3BE40E1321D9950A5D2CE477EF7246A98FABBF8F8 | 12-04-2019<br>06:34:24 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>CCD9AF74ABFA16F1A5545AC82686F6F30B6F8183<br>File Hash:<br>17A9B318D7D3E8C951917E3AC5341DD69123602006E701D5D325E7BC65C88AB4 | 12-04-2019<br>06:29:20 | Vixen | 09-26-2019 | 10-01-2019 | PA0002217354 |
| 28 | Info Hash:<br>7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 12-04-2019<br>06:24:25 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 29 | Info Hash:<br>866ED08FAA30A005479E7691EE82140D1B4C8592<br>File Hash:<br>AA2912896C18FA2955A26EE8C7F058CBDB7BEA61524FE3480F75CC7F58C4B7C6 | 11-13-2019<br>08:58:05 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |
| 30 | Info Hash:<br>7DC31F64F10A5177DC11A0B36E4E52BDD9D6743E<br>File Hash:<br>731763BED52FC0E38E82856DB997AEB34FE42070147E94E098EF60145CE647FA | 10-16-2019<br>03:52:59 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 31 | Info Hash:<br>1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash:<br>0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 09-11-2019<br>10:15:14 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 32 | Info Hash:<br>F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 05-29-2019<br>05:35:38 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 33 | Info Hash:<br>57486A4EDC4CD3291B78225FD65401AF15D5AD8A<br>File Hash:<br>E64B4FF9B92806F61563E1BA7DA3EC247E543E4873D1BE0BF67780682F1050A1 | 05-18-2019<br>05:31:39 | Tushy | 05-11-2019 | 07-05-2019 | PA0002206404 |
| 34 | Info Hash:<br>C6A1BFC8E6A06324D0570107BDE676316E8F8911<br>File Hash:<br>374BA8FC9F6E4B2DD8E20564A6129283A1D85D1A9D924FCFEC87EB3511F60729 | 04-02-2019<br>02:08:57 | Vixen | 03-15-2018 | 04-17-2018 | PA0002116747 |
| 35 | Info Hash:<br>DE00285CDC5F2F3A2D02D98133147476F144C14D<br>File Hash:<br>395ACDAEEFF369C0DDDE0DDD3850ACCA1AC20A12CC5EAC8F2173EA2F8AA2B3EF | 03-19-2019<br>04:27:51 | Vixen | 07-08-2018 | 07-26-2018 | PA0002112152 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash:<br>051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash:<br>55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 03-02-2019<br>03:45:53 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 37 | Info Hash:<br>26027D4BBA9366856012B8C062375891C7926188<br>File Hash:<br>518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 03-02-2019<br>03:43:28 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 38 | Info Hash:<br>FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash:<br>B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 03-02-2019<br>03:43:26 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |